**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LE'BARRON GRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. ULIT, et al.,<br><br>        Defendants. | NO. 1:10 cv 00357 LJO GSA PC<br><br>ORDER RE: FINDINGS & RECOMMENDATIONS<br><br>Document # *10* |

     Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 20, 2010, findings and recommendations were entered, recommending dismissal of Plaintiff's claims regarding the appeals coordinator for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. On January 3, 2011, Plaintiff filed objections to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

     Accordingly, THE COURT HEREBY ORDERS that:

     1. The Findings and Recommendations issued by the Magistrate Judge on December 20,

2010, are adopted in full; and

    2. Defendant Appeals Coordinator is dismissed from this action.

IT IS SO ORDERED.

**Dated:**    February 4, 2011            /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE